

1:02CV659
1:99CV02111

**Mail this postcard to people and businesses that send you mail**

Please send mail to my new address beginning: 7 / 26 / 002
Month / Day / Year

My Name (Last Name, First Name, Middle Initial)
Smith Alfred L

OLD Complete Street Address, PO Box, or Rural Route and RR Box No.
1203 L Row S, 13 Street

Apt./Suite No.

City or Post Office
Harrisburg

State: PA

ZIP Code or ZIP+4: 17104-3074

NEW Complete Street Address, PO Box, or Rural Route No. and Box No.
P.O. BX 381

Apt./Suite No.

City or Post Office
Harrisburg

State: PA

ZIP Code or ZIP+4: 17108-0381

Account Number (If Applicable)

New Telephone No. (Optional)
( )

Signature
Mr Alfred L Smith

Today's Date: 7 / 26 / 002
Month / Day / Year

PS Form 3576, February 1995

Recipient: Be sure to record the above new address.

FILED
SCRANTON

JUL 2 9 2002

PER _____
DEPUTY CLERK